# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 6:12-CR-00100-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| ANGIE NORMAND | * | MAG. JUDGE HILL |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Angie Normand, and adjudges her guilty of the offenses charged in Count One of the Bill of Information against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Angie Normand's agreement to forfeit and abandon $184,788.88 in U.S. Currency.

THUS DONE AND SIGNED in chambers, this 15th day of JUNE 2012 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE